WESTCHESTER FIRE INSURANCE COMPANY et al., Appellants, v GENESEE & WYOMING, INC., et al., Respondents. [670 NYS2d 650] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stander, J. (Appeal from Judgment of Supreme Court, Monroe County, Stander, J.—Declaratory Judgment.) Present—Green, J. P., Lawton, Wisner, Callahan and Balio, JJ.